**2010–0321. State v. Ford.**
Licking App. No. 2008 CA 158, 2009-Ohio-6724. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and LUNDBERG STRATTON, J., dissent.

**2010–0508. Flagstar Bank, FSB v. Reinhold.**
Hamilton App. No. C–090166. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Entry filed March 3, 2010:
"Under R.C. 2305.09(D), does a cause of action for professional negligence accrue on the date that the negligent act is committed, or on the date that the negligent act causes actual damages?"
The conflict cases are *JP Morgan Chase Bank NA v. Lanning,* Stark App. No. 2007CA00223, 2008-Ohio-893; *Fritz v. Brunner Cox, L.L.P.,* 142 Ohio App.3d 664, 756 N.E.2d 740; and *Gray v. Estate of Barry,* 101 Ohio App.3d 764, 656 N.E.2d 729.
Sua sponte, cause consolidated with 2010–0511, *Flagstar Bank, FSB v. Reinhold,* Hamilton App. No. C–090166.

**2010–0555. State v. Rose.**
Butler App. No. CA2008–04–109. On motion for leave to file delayed appeal. Motion granted.
LUNDBERG STRATTON, LANZINGER, and CUPP, JJ., dissent.

**2010–0556. State v. Chambers.**
Hamilton App. No. C–080925. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER, J., dissent.

**2010–0588. Anderson v. State.**
Hamilton App. No. C–090006. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR and CUPP, JJ., dissent.

**2010–0590. Edwards v. State.**
Hamilton App. No. C–090189. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR and CUPP, JJ., dissent.

**2010–0593. Wilson v. State.**
Hamilton App. No. C–090190. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR and CUPP, JJ., dissent.

**2010–0609. State v. Ulery.**
Clark App. No. 2009–CA–5, 2010-Ohio-376. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR and O'DONNELL, JJ., dissent.

**2010–0614. State v. Elson.**
Richland App. No. 2008CA0051, 2009-Ohio-1481. On motion for leave to file delayed appeal. Motion denied.

**22–1530512010–0632. State v. Broome.**
Cuyahoga App. No. 94498. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER and O'DONNELL, JJ., dissent.

**2010–0637. State v. Hall.**
Morgan App. No. 09AP3. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER, J., dissent.

**2010–0646. State v. Crim.**
Cuyahoga App. No. 82347, 2004-Ohio-2553. On motion for leave to file delayed appeal. Motion denied.

**2010–0689. State v. McGhee.**
Montgomery App. No. 23226, 2010-Ohio-977. On motion for stay of execution of judgment. Motion denied.